UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CADLEWAY PROPERTIES, INC.,

        Plaintiff,

                              CIVIL CASE NO. 04-40225

v.

C.J. USA, INC., f/k/a BETZ        HONORABLE PAUL V. GADOLA
TRUCKING, INC., C.J. HOLDING     U.S. DISTRICT JUDGE
COMPANY, INC., JAMES G. BETZ,
CHARLES BOSNYAK, JOHN YATES, and
CECIL FIELDER,

        Defendants.
_____/

## **DEFAULT JUDGMENT AGAINST DEFENDANTS CHARLES BOSNYAK, C.J. HOLDING COMPANY, INC., AND JOHN YATES**

This civil action having come before this Court, the Honorable Paul V. Gadola presiding, and the issues having been fully presented, the Court, being fully advised in the premises, determines that, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff is entitled to **DEFAULT JUDGMENT** against Defendants Charles Bosnyak, C. J. Holding Company, Inc., and John Yates. **ACCORDINGLY, IT IS ORDERED AND ADJUDGED** that Plaintiff recover from Defendants Charles Bosnyak, C. J. Holding Company, Inc., and John Yates the sum of **$142,899.86** plus interest thereon at the rate of three and three-tenths (3.30) percent per annum as provided by law, and their costs of action.

Dated at Flint, Michigan, this 24th day of June, 2004.

                                          DAVID WEAVER
                                        CLERK OF THE COURT

                                BY:  s/Tammy Hallwood
                                        DEPUTY CLERK

APPROVED:


s/Paul V. Gadola
HONORABLE PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE


---

Certificate of Service

I hereby certify that on June 27, 2005 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Cheryl D. Cook, Craig S. Schoenherr , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: _____.

                                        s/Tammy Hallwood
                                        Tammy Hallwood, Deputy Clerk
                                        (810) 341-7845